IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Smock,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Delta Outsource Group, Inc., et al.,<br><br>　　　　Defendants. | No. CV-12-02187-PHX-NVW<br><br>**ORDER** |

The Court having been notified that this matter has settled (Doc. 7);

**IT IS ORDERED** that this action will be dismissed by the Clerk's Office without further notice on **January 28, 2013** unless prior thereto a judgment or order of dismissal is entered.

DATED this 28th day of November, 2012.

_____
Neil V. Wake
United States District Judge