TRINETTE G. KENT (State Bar No. 025180)
11811 North Tatum Blvd., Suite 3031
Phoenix, Arizona 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
tkent@lemberglaw.com

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
William Smock

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Smock,<br><br>     Plaintiff,<br><br>  vs.<br><br>Delta Outsource Group, Inc.; and DOES 1-10, inclusive,<br><br>     Defendants. | Case No.: 2:12-cv-02187-NVW<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff, William Smock, by and through undersigned counsel, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 20, 2012

Respectfully submitted,

By: /s/*Trinette G. Kent*
Trinette G. Kent, Esq.

*Of Counsel To:*

LEMBERG & ASSOCIATES L.L.C.
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2012, a true and correct copy of the foregoing Plaintiff's Notice of Dismissal with Prejudice was filed electronically with the U.S. District Court for the District of Arizona and is available on ECF.

By /s/ *Allison Ercolano*
Paralegal to Trinette G. Kent